THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNETH KUNIAK, | |
| Plaintiff, | Civil Action No. 5:15-cv-00398-D |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ORDER |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the parties' joint request for stay or extension of time for conducting their Rule 26(f) meeting and discovery plan.

For the reasons stated in the parties' Motion, **IT IS HEREBY ORDERED** that the requirement for the parties to propose a discovery plan under Fed. R. Civ. P. 26(f) is postponed until Defendant's *Motion to Partially Dismiss* is determined by this Court and the pleadings in the case are closed.

SO ORDERED. This _28_ day of October 2015.

JAMES C. DEVER III
Chief United States District Judge